1  RANDOLPH CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  WENDY MOTOOKA, SBN 233589
   1030 G Street
3  Sacramento, CA 95814
   Telephone:    (916) 443-4443
4  Facsimile:    (916) 443-2124
   Email:        rlc@randolphlaw.net
5                wmotooka@randolphlaw.net

6  Attorneys for Defendants COUNTY OF SACRAMENTO,
   JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
7  ANNMARIE BOYLAN and CINDY PETERSON

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  RICHARD JAQUEZ, JR.,                  No. 2:10-CV-01040 MCE DAD

11          Plaintiff,

12      vs.                               **STIPULATION  TO  CONTINUE
                                          HEARING  DATE  OF  MOTION  TO
                                          DISMISS; ORDER THEREON**
13  COUNTY OF SACRAMENTO; Sacramento
    County  Sheriff  JOHN  McGINNESS;
14  Sacramento County Main Jail Commander
    ERIC MANESS; Sacramento County Sheriff's
15  Department Chief of Correctional and Court
    Services JAMIE LEWIS; Chief of Correctional
16  Health  Services  for  Sacramento  County,
    ANNMARIE BOYLAN; Sacramento County
17  Correctional  Services  Nurse  CINDY
    PETERSON, RN; and DOES 1 through 30,
18  inclusive,

19          Defendants.
                                    /
20

21      IT IS HEREBY STIPULATED by the parties through their counsel of record that the hearing

22  date on defendants' motion to dismiss be continued from July 22, 2010 to August 19, 2010, at 2:00

23  P.M. in Courtroom 7.

24

25  Date: July 6, 2010          LAW OFFICE OF STEWART KATZ

26

27                               /s/ Stewart Katz
                                 STEWART KATZ
28                               Attorneys for Plaintiff RICHARD JAQUEZ, JR.

STIPULATION TO CONTINUE HEARING DATE;
ORDER THEREON

1    Date:  July 6, 2010                    RANDOLPH CREGGER & CHALFANT LLP

2

3                                            /s/ Robert L. Chalfant
                                             ROBERT L.CHALFANT
4                                            Attorneys for Defendants COUNTY OF SACRAMENTO,
                                             JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
5                                            ANNMARIE BOYLAN, and CINDY PETERSON

6

7

8                                            **ORDER**

9
        IT IS SO ORDERED.
10

11

12    Dated:  July 8, 2010

13    _____

14                                            MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23
      C:\iFolder\mengland\Home\TO DOCKET CIVIL\10cv1040.stip.0708.wpd
24

25

26

27

28

STIPULATION TO CONTINUE HEARING DATE;
ORDER THEREON                              - 2 -