RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone:   (916) 443-4443
Facsimile:   (916) 443-2124
Email:       rlc@randolphlaw.net
             wmotooka@randolphlaw.net

Attorneys for Defendants COUNTY OF SACRAMENTO,
JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
ANNMARIE BOYLAN and CINDY PETERSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN McGINNESS; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; Sacramento County Correctional Services Nurse CINDY PETERSON, RN; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. 2:10-CV-01040 MCE DAD<br><br>**STIPULATION REQUESTING THE COURT TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT; ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED by the parties through their counsel of record that they request the Court to extend to September 3, 2010, the date for filing a Joint Status Report from the current deadline of July 9, 2010.

///

///

///

///

STIPULATION REQUESTING EXTENSION OF DEADLINE TO FILE
JOINT STATUS REPORT; ORDER THEREON

The reasons for the request for the extension are as follows: The parties are currently conducting settlement discussions and, in the event are unable to settle the action, defendants' motion to dismiss is set for hearing August 19, 2010.

Date: July 8, 2010          LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ
Attorneys for Plaintiff RICHARD JAQUEZ, JR.

Date: July 8, 2010          RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS, ANNMARIE BOYLAN, and CINDY PETERSON

## **ORDER**

  IT IS SO ORDERED. The deadline for filing the Joint Status Report is hereby extended to and including September 3, 2010.

Dated: July 13, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REQUESTING EXTENSION OF DEADLINE TO FILE
JOINT STATUS REPORT; ORDER THEREON       - 3 -