RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone:   (916) 443-4443
Facsimile:   (916) 443-2124
Email:       rlc@randolphlaw.net
             wmotooka@randolphlaw.net

Attorneys for Defendants COUNTY OF SACRAMENTO,
JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
ANNMARIE BOYLAN and CINDY PETERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN McGINNESS; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; Sacramento County Correctional Services Nurse CINDY PETERSON, RN; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 2:10-CV-01040 MCE DAD<br><br>**STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS AND TO EXTEND THE DATE FOR FILING A JOINT STATUS REPORT; ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

　　　　1.　　That the hearing date on defendants' motion to dismiss be continued from August 19, 2010 to October 28, 2010, at 2:00 P.M. in Courtroom 7; and

　　　　2.　　That the Court to extend to November 5, 2010, the date for filing a Joint Status Report from the current deadline of September 3, 2010.

　　　　The reasons for the request for the continuance of defendants' motion to dismiss and the extension to file a Joint Status Report are that the parties have been conducting settlement discussions.

STIPULATION TO CONTINUE HEARING DATE
AND TO EXTEND DATE FOR FILING JOINT
STATUS REPORT; ORDER THEREON

1  Plaintiff's opposition to defendants' motion to dismiss for the currently scheduled hearing date is due
2  August 5. The continuation of the hearing date to October 28 would allow the parties to continue with
3  their settlement negotiations. Also, the extension of time within which to file a Joint Status Report to
4  November 5 would allow the parties to participate in settlement discussions and, in the event are
5  unable to negotiate a settlement, have the motion to dismiss heard prior to filing a Joint Status Report.
6       The Court has previously granted one request for continuance of defendants' motion to dismiss
7  and one extension of time to file the Joint Status Report.

8  Date: August 4, 2010       LAW OFFICE OF STEWART KATZ

10      /s/ Stewart Katz
   STEWART KATZ
11 Attorneys for Plaintiff RICHARD JAQUEZ, JR.

12 Date: August 4, 2010       RANDOLPH CREGGER & CHALFANT LLP

14      /s/ Robert L. Chalfant
   ROBERT L. CHALFANT
   Attorneys for Defendants COUNTY OF SACRAMENTO,
15 JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
   ANNMARIE BOYLAN, and CINDY PETERSON

17 **ORDER**

19      Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing date on
20 Defendant's Motion to Dismiss (Docket No. 12) is hereby continued from August 19, 2010 to October
21 28, 2010 at 2:00 p.m. The deadline for filing a Joint Status Report is extended to November 5, 2010.
22      There will be no further extensions.
23      IT IS SO ORDERED.

24 Dated: August 9, 2010

26 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING DATE
AND TO EXTEND DATE FOR FILING JOINT
STATUS REPORT; ORDER THEREON     - 2 -