**RANDOLPH CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone (916) 443-4443

Attorneys for Defendants COUNTY OF SACRAMENTO,
JOHN McGINNESS, ERIC MANESS, JAMIE LEWIS,
ANNMARIE BOYLAN and CINDY PETERSON

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
GUY DANILOWITZ, SBN 257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
RICHARD JAQUEZ, JR.,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; Sacramento County Correctional Services Nurse CINDY PETERSON, RN; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants.<br>_____/ | NO. 2:10-cv-01040 MCE DAD<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, TO WITHDRAW DEFENDANTS' PENDING MOTION TO DISMISS, AND TO VACATE THE HEARING DATE OF OCTOBER 28, 2010; ORDER THEREON** |

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

1. Subject to the approval of the Court, the parties stipulate that Plaintiff may file the attached First Amended Complaint;

2. Whereupon Defendants withdraw their pending Motion to Dismiss as moot, and request that the Court vacate the hearing date of October 28, 2010, at 2:00 p.m. in Courtroom 7; and

3. Defendants shall have 14 days to respond to the filed First Amended Complaint, either by answer or motion.

The reason for the parties' requests is that after reviewing Defendants' Motion to Dismiss, Plaintiff recognized that some of Defendants' arguments had merit and that some parts of the Complaint were not properly framed.  Plaintiff's First Amended Complaint substantially narrows the areas of disagreement between the parties.  To the extent that areas of disagreement remain, some of these have been reframed and so are not directly addressed by Defendants' motion.  As a result, the parties believe that it would not be an efficient use of judicial resources for the parties to brief and the Court to rule on Defendants' present motion, significant portions of which would be rendered moot by the filing of the First Amended Complaint.

IT IS SO STIPULATED.

Dated:  October 14, 2010        LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ,
Attorney for Plaintiff


Dated:  October 14, 2010        RANDOLPH CREGGER & CHALFANT LLP


/s/_Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF
SACRAMENTO, JOHN McGINNESS, ERIC
MANESS, JAMIE LEWIS, ANNMARIE BOYLAN
and CINDY PETERSON

2

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

In light of the above Stipulation, Defendants' Motion to Dismiss is DENIED as moot and Plaintiff may file an amended complaint. The October 28, 2010 hearing date is vacated. The Court's order to file a Joint Status Report on or before November 5, 2010 stands.

IT IS SO ORDERED.

DATED: October 19, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com