UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD JAQUEZ, JR.,                       No. 2:10-cv-01040-MCE-DAD

      Plaintiff,

  v.                                        ORDER

COUNTY OF SACRAMENTO
et al.,

      Defendants.

----oo0oo----

Pursuant to the Court's previous Order (ECF No. 28), Plaintiff had twenty (20) days from February 1, 2011 to file an Amended Complaint. The Order further stated that if no Amended Complaint was filed, Plaintiff's claims would be dismissed without further notice to the parties, and without leave to amend.

///
///
///
///

1

1     No Amended Complaint has been filed as directed by the
2 Court.  Accordingly, this case is dismissed with prejudice.  The
3 Clerk is ordered to close the case.
4     IT IS SO ORDERED.

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE