RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone:   (916) 443-4443

Attorneys for Defendants
COUNTY OF SACRAMENTO, ERIC MANESS,
JAMIE LEWIS, ANNMARIE BOYLAN


LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
GUY DANILOWITZ, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone:   (916) 4445678

Attorneys for Plaintiff RICHARD JAQUEZ, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; and DOES 1 through 25, inclusive,<br><br>  Defendants.<br>_____/ | No. 2:10-CV-01040 MCE DAD<br><br>**STIPULATION RE STATUS OF SETTLEMENT; ORDER THEREON** |

On July 7, 2011, the parties filed Notice of Settlement (dkt #40) advising the Court of the settlement of this action, subject to the approval of the Sacramento County Board of Supervisors. As the approval process has not yet been completed, the parties respectfully request an additional 14 days

///

///

STIPULATION RE STATUS OF SETTLEMENT;
ORDER THEREON

1  within which to finalize the settlement and file the appropriate documents.

2

3  Date:  August 25, 2011            RANDOLPH CREGGER & CHALFANT LLP

4

5                                     /s/ Robert L. Chalfant
                                     ROBERT L. CHALFANT
6                                    Attorneys for Defendants COUNTY OF SACRAMENTO,
                                     ERIC MANESS, JAMIE LEWIS and ANNMARIE BOYLAN
7

8  Date:  August 25, 2011            LAW OFFICE OF STEWARD KATZ

9

10                                    /s/ Stewart Katz
                                     STEWART KATZ
11                                   Attorneys for Plaintiff RICHARD JAQUEZ, JR.

12

13                                    **ORDER**

14
        IT IS SO ORDERED.  In accordance with the foregoing stipulation, dispositional documents
15
    in this matter must now be filed not later than September 9, 2011.
16

17   Dated: August 29, 2011

18

19                                    _____
                                     MORRISON C. ENGLAND, JR.
20                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION RE STATUS OF SETTLEMENT;
ORDER THEREON                            - 2 -

1
2
3   C:\iFolder\mengland\Home\TO DOCKET CIVIL\10cv1040.stip.0829.wpd
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE STATUS OF SETTLEMENT;
ORDER THEREON                               - 3 -