RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone:    (916) 443-4443

Attorneys for Defendants
COUNTY OF SACRAMENTO, ERIC MANESS,
JAMIE LEWIS, ANNMARIE BOYLAN

LAW OFFICE OF STEWART KATZ
STEWART KATZ, SBN 127425
GUY DANILOWITZ, SBN 257733
555 University Avenue, Suite 270
Sacramento,CA 95825
Telephone:    (916) 4445678

Attorneys for Plaintiff RICHARD JAQUEZ, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR., | No. 2:10-CV-01040 MCE DAD |
| Plaintiff, | **STIPULATION RE STATUS OF SETTLEMENT; ORDER THEREON** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; and DOES 1 through 25, inclusive, | |
| Defendants. | |

On August 25, 2011, the parties filed a Stipulation re Status of Settlement (Dkt #42) advising the Court of the status of the settlement of this action, subject to the approval of the Sacramento County Board of Supervisors. As the approval process has not yet been completed, the parties respectfully request an additional 14 days within which to finalize the settlement and file the appropriate documents.

STIPULATION RE STATUS OF SETTLEMENT;
ORDER THEREON

Date: September 9, 2011      RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L.Chalfant
_____
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO, ERIC MANESS, JAMIE LEWIS and ANNMARIE BOYLAN

Date: September 9, 2011      LAW OFFICE OF STEWART KATZ

/s/Stewart Katz
_____
STEWART KATZ
Attorneys for Plaintiff RICHARD JAQUEZ, JR.

**ORDER**

IT IS SO ORDERED. Dispositional documents in this matter shall be filed no later than September 23, 2011.

Dated: September 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE