**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
RICHARD JAQUEZ, JR.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAQUEZ, JR., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>COUNTY OF SACRAMENTO; Sacramento County Main Jail Commander ERIC MANESS; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Chief of Correctional Health Services for Sacramento County, ANNMARIE BOYLAN; and DOES 1 through 25, inclusive, <br><br>　　　　Defendants. <br>_____/ | NO. 2:10-cv-01040 MCE DAD <br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41; ORDER** |

　　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff RICHARD JAQUEZ, JR. and Defendants COUNTY OF SACRAMENTO, ERIC MANESS, JAMIE LEWIS, and ANNMARIE BOYLAN, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF SACRAMENTO, ERIC MANESS, JAMIE LEWIS, and ANNMARIE BOYLAN, be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

　　　　Each party is to bear his, hers or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

| | | |
|---|---|---|
| 1 | Dated: September 23, 2011 | LAW OFFICE OF STEWART KATZ |
| 2 | | /s/ Stewart Katz |
| 3 | | Stewart Katz<br>Attorney for Plaintiff, |
| 4 | | RICHARD JAQUEZ, JR. |
| 6 | Dated: September 23, 2011 | RANDOLPH, CREGGER & CHALFANT LLP |
| 7 | | /s/ Robert L. Chalfant |
| 8 | | Robert L. Chalfant<br>Attorney for Defendants, |
| 9 | | COUNTY OF SACRAMENTO, ERIC MANESS,<br>JAMIE LEWIS, and ANNMARIE BOYLAN |

Stipulation for Dismissal and Order                                                                 2

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the settlement agreement between the parties. The Clerk is directed to close the file.

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE